# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

CREATIVE DESPERATION, INC.,
a/k/a PETER LETTERESE &
ASSOCIATES, INC.,

CASE NO. 08-019067-JKO
Chapter 7

    Debtor.
_____/
BARRY MUKAMAL, AS SUCCESSOR
CHAPTER 7 TRUSTEE FOR CREATIVE
DESPERATION, INC.

    Plaintiff,

v.

Adv. Case No. 09-01649-BKC-JKO

MGSI, INC. a/k/a MGSI-KARAS, a Delaware
corporation, THOMAS JOHN KARAS,
BARBARA FAWCETT f/k/a BARBARA
LETTERESE, RAMONA LETTERESE, and
PETER LETTERESE,

    Defendants.
_____/

## ADVERSARY DEFENDANTS' NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Adversary Defendants, MGSI, INC. a/k/a MGSI-KARAS, a Delaware corporation ("MGSI"), THOMAS JOHN KARAS ("Dr. Karas"), BARBARA FAWCETT ("Ms. Fawcett"), RAMONA LETTERESE ("Mrs. Letterese"), and PETER LETTERESE ("Mr. Letterese") (collectively "Appellants"), by and through undersigned counsel, appeal under 28 U.S.C. §158(a) and Federal Rule of Bankruptcy Procedure 8001(a), from the from

the following Orders entered by the Bankruptcy Court in the Adversary Proceeding, Case Number 09-01649-BKC-JKO:

1. Order Denying *Pro Se* Defendant, Peter Letterese's, Motion for Rehearing and Reconsideration of the Order of Final Judgment or to Alter or Amend Final Judgment, [DE-551] entered on January 2, 2013;

2. Order Denying Adversary Defendants, MGSI, Thomas Karas and Barbara Fawcett's, Motion for Rehearing and Reconsideration of the Order of Final Judgment or to Alter or Amend Final Judgment, [DE-550] entered on January 2, 2013;

3. Order Denying Adversary Defendant, Ramona Letterese's, Motion for Rehearing and Reconsideration of the Order of Final Judgment, [DE-549] entered on January 2, 2013;

4. Order of Final Judgment, [DE-527] entered on September 5, 2012;

5. Memorandum Order Granting Omnibus Motion to Strike Notices of Filing of Sworn Direct Testimonies of Thomas J. Karas, Peter Letterese and Barbara Fawcett and Sworn Direct Testimonies of Adversary Defendants, Thomas J. Karas, Barbara Fawcett and Ramona Letterese, [DE-502] entered on July 20, 2012;

6. Memorandum Order on Plaintiff's Request For Court To Take Judicial Notice of Documents Intended To Be Introduced as Evidence, Plaintiff's Objection to Defendants' Proposed Trial Exhibits, and Request for Court to Take Judicial Notice of Documents Intended to Be Introduced as Evidence at Trial Filed by Defendants Barbara Fawcett, Thomas John Karas, Ramona Letterese, MGSI, Inc., [DE-501] entered on July 20, 2012;

7. Memorandum Order on Defendants' Objection to Plaintiff's Trial Exhibits and Summaries Filed by Defendants Barbara Fawcett, Thomas John Karas, Ramona Letterese, MGSI, Inc., [DE-500] entered on July 20, 2012.

8. Memorandum Order on Plaintiff's Motion to Strike Defendants' Notice of Intent to Use Summary at Trial, [DE-499] entered on July 20, 2012;

9. Order Denying Compound Motion to Reconsider, to Allow Testimony and Remove Trustee, and to Recuse Judge Filed by Defendants Barbara Fawcett, Thomas John Karas, Ramona Letterese, and MGSI, Inc., [DE-479] entered on July 18, 2012;

10. Order Denying Motion to Modify Pretrial Order Filed by Defendants Barbara Fawcett, Thomas John Karas, Ramona Letterese, & MGSI, Inc., [DE-478] entered on July 18, 2012;

11. Order Denying Motion for Jury Trial Filed by Defendant Ramona Letterese, [DE-477] entered on July 18, 2012;

12. Order Striking Motion in Limine Filed by Defendant Peter Letterese, [DE-445] entered on July 12, 2012;

13. Order Denying Defendants' Motion in Limine Regarding Testimony At Trial of Trustee and Seeking Removal of Trustee, [DE-438] entered on July 10, 2012;

14. Order Denying Motion to Allow Testimony and Extend Trial of Thomas Karas and MGSI, [DE-434] entered on July 9, 2012;

15. Order Denying Motion to Allow Testimony and Extend Trial of Peter Letterese, [DE-433] entered on July 9, 2012;

16. Order Granting Trustee's Motion in Limine Regarding Testimony at Trial of Peter Letterese, MGSI, and Thomas John Karas, [DE-432] entered on July 9, 2012;

17. Order Denying Adversary Defendants' Motion to Bifurcate Or for Separate Trials, [DE-412] entered on June 18, 2012;

18. Order Denying Motion for Leave to Take Depositions of Attorneys and Records Custodian of Adorno & Yoss, LLP and Incorporated Memorandum of Law Filed by Defendant Peter Letterese, [DE-351] entered on March 7, 2012;

19. Order Denying Motion for Leave to Take Depositions of Attorneys and Records Custodian of Adorno & Yoss, LLP n/k/a Yoss, LLP and Incorporated Memorandum of Law Filed by Defendants Barbara Fawcett, Thomas John Karas, Ramona Letterese, MGSI, Inc., a/k/a MGSI-Karas, a Delaware Corporation, [DE-350] entered on March 7, 2012;

20. Order Denying Motion for Leave to Take Deposition of a Person Confined in Prison, Marika Tolz, Filed by Defendant Peter Letterese, [DE-349] entered on March 7, 2012;

21. Order Denying Motion For Leave to Take Deposition of a Person Confined in Prison, Marika Tolz Filed by Defendants Barbara Fawcett, Thomas John Karas, Ramona Letterese, MGSI, Inc., a/k/a MGSI-Karas, a Delaware Corporation, [DE-348] entered on March 7, 2012;

22. Order Denying Motion to Recuse Judge Filed by Defendants Barbara Fawcett, Thomas John Karas, Ramona Letterese, MGSI, Inc., a/k/a MGSI-Karas, a Delaware Corporation, [DE-347] entered on March 7, 2012;

23. Order Denying Request For Hearing Before a Different Judge filed by Defendant MGSI, Inc., a/k/a MGSI-Karas, a Delaware Corporation, Defendant Thomas John Karas, Defendant

Barbara Fawcett, Defendant Ramona Letterese, [DE-346] entered on March 7, 2012;

24. Order Denying Defendant, Ramona Letterese's Verified Motion/Request for Judicial Disclosure and Discovery Regarding Potential Grounds for Disqualification of Presiding Judge, in addition to Motion To Stay [DE-218], entered in the above captioned proceeding on July 14, 2011;

25. Order Denying Defendant, Ramona Letterese's Verified Motion/Request for Disclosure and Discovery Regarding Potential Grounds for Disqualification of Counsel for Trustee, in addition to Motion To Stay [DE-217], entered in the above captioned proceeding on July 14, 2011;

26. Order Denying Defendant, MGSI's Verified Motion /Request for Judicial Disclosure and Discovery Regarding Potential Grounds for Disqualification of Presiding Judge, in addition to Motion To Stay, [DE-216] entered on July 14, 2011;

27. Order Denying Defendant, MGSI's Verified Motion/Request for Disclosure and Discovery Regarding Potential Grounds for Disqualification of Counsel for Trustee, in addition to Motion To Stay, [DE-215] entered on July 14, 2011;

28. Order Denying Defendant, Thomas Karas' Verified Motion/Request for Judicial Disclosure and Discovery Regarding Potential Grounds for Disqualification of Presiding Judge, in addition to Motion To Stay, [DE-214] entered on July 14, 2011;

29. Order Denying Defendant, Thomas Karas' Verified Motion/Request for Disclosure and Discovery Regarding Potential Grounds For Disqualification of Counsel for Trustee, in addition to Motion To Stay, [DE-213] entered on July 14, 2011;

30. Order Denying Defendant, Barbara Fawcett's Verified Motion /Request for Judicial Disclosure and Discovery Regarding Potential Grounds for Disqualification of Presiding Judge, in addition to Motion To Stay, [DE-212] entered on July 14, 2011; and

31. Order Denying Defendant, Barbara Fawcett's Verified Motion/Request for Disclosure and Discovery Regarding Potential Grounds for Disqualification of Counsel For Trustee, in addition to Motion To Stay, [DE-211] entered on July 14, 2011.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone, fax numbers, and emails of their respective attorneys are as follows:

**Barry P. Gruher, Esq.**
Genovese Joblove & Battista, P.A.
200 E. Broward Blvd., Suite 1110
Ft. Lauderdale, FL 33301
(954) 453-8000 Office
(954) 453-8010 Fax
bgruher@gjb-law.com
*Attorneys for Plaintiff*

**Jesus M. Suarez, Esq.**
Genovese Joblove & Battista, P.A.
100 SE 2 St
Miami, FL 33131
(305) 349-2300 Office
(305) 349-2310 Fax
Email: jsuarez@gjb-law.com
*Attorneys for Plaintiff*

**Alan J. Perlman**
Roetzel & Andress
350 E. Las Olas Blvd.
Suite 1150
Ft. Lauderdale, FL 33301
954-462-4150
aperlman@ralaw.com
*Attorneys for Church of Scientology International*

**Peter Letterese**
4581 Weston Road #306
Weston, FL 33331
*Pro se*

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

By: **s/ Douglas C. Broeker**
 Douglas C. Broeker, Esquire
 Florida Bar No. 306738

Respectfully submitted,

**s/ Douglas C. Broeker**
Douglas C. Broeker, Esquire
Florida Bar No. 306738
Doug@broekerlaw.com
SWEETAPPLE, BROEKER & VARKAS, P.L.
777 Brickell Avenue, Suite 600
Miami, Florida 33131
Tel.: (305) 374-5623
Fax.: (305) 358-1023
*Appellate Attorneys for Adversary Defendants,*
*MGSI, Thomas Karas, Barbara Fawcett,*
*Ramona Letterese and Peter Letterese*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **16th** day of January, 2013, a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such to:

**Barry P. Gruher, Esq.**
Genovese Joblove & Battista, P.A.
200 E. Broward Blvd., Suite 1110
Ft. Lauderdale, FL 33301
(954) 453-8000 Office
(954) 453-8010 Fax
bgruher@gjb-law.com
*Attorneys for Plaintiff*

**Jesus M. Suarez, Esq.**
Genovese Joblove & Battista, P.A.
100 SE 2 St
Miami, FL 33131
(305) 349-2300 Office
(305) 349-2310 Fax
Email: jsuarez@gjb-law.com
*Attorneys for Plaintiff*

**Alan J. Perlman**  
Roetzel & Andress  
350 E. Las Olas Blvd.  
Suite 1150  
Ft. Lauderdale, FL 33301  
954-462-4150  
aperlman@ralaw.com  
*Attorneys for Church of Scientology International*

**Peter Letterese**  
4581 Weston Road #306  
Weston, FL 33331  
*Pro se*

By: **s/ Douglas C. Broeker**  
Douglas C. Broeker, Esquire  
Florida Bar No. 306738