CGFD71 (1/3/13)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

**In re:** Mukamal v. MGSI, Inc., a/k/a MGSI–Karas, a Delaware Corporati

**Adversary Case Number:** 09–01649–JKO

(Related Bankruptcy Case Number: 08–19067–JKO )

County of Residence or Place of Business: Fort Lauderdale

## TRANSMITTAL OF RECORD TO DISTRICT COURT

- ☑ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal filed on 1/16/13 & 1/30/13 (Amended Appeal)
- ☐ Motion for Leave to Appeal (copy of appeal attached)
- ☐ Request to Expedite Appeal attached.
- ☐ Related District Court Case Number:
  (Assigned to Motion filed pursuant to USDC Local Rule 87.4 c or d)
- ☐ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):
  - ☐ Contested    ☐ Uncontested
- ☐ Withdrawal of Reference granted by U.S. District Court
- ☐ Report and Recommendation (Motion to Withdraw Reference)

### The Party or Parties Included in the Record to District Court:

**Appellant/Movant:** MGSI, Inc., Thomas John Karas, Barbara Fawcett, Ramona Letterese, Peter Letterese

**Attorney:** Douglas C. Broeker, Esq.

777 Brickell Ave #600

Miami, FL 33131

**Attorney:**

**Appellee/Respondent:** Barry Mukamal, Chapter 7 Trustee

**Attorney:** Barry P. Gruher, Esq.

100 SE Second St, 44 Flr

Miami, FL 33131

**Attorney:**

**Title and Date of Order Appealed**, if applicable: Order of Final Judgment dated 9/5/13; Order Denying Motion for Rehearing DE#549,550,551 dated 1/2/13

**Entered on Docket Date:** 9/5/13 & 1/2/13          **Docket Number:** DE#527,549,550,551

- ☑ Designation in Appeal (See Attached)
- ☐ Designation in Cross Appeal (See Attached)
- ☑ Copy of Docket
- ☑ Exhibits: Trial Exhibits 7/20/12 & 7/23/2012
- ☑ Copies of Transcript(s) of Hearing(s) on: 9/8/08; 11/5/08; 6/23/09; 8/26/09; 10/23/09; 12/9/09; 8/17/11; 8/19/11; 9/14/11; 3/7/12; 7/20/12; 7/23/12
- ☐ Respondent's Answer and/or Movant's Reply
- ☐ Other:

**Dated:**<u>3/4/13</u>                                                      **CLERK OF COURT**
                                                                            By:<u> Amelia Rodriguez</u>
                                                                            Deputy Clerk   (954) 769–5700